UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



SEP 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VALOR SYSTEMS, INC. and MICHAEL MAI, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> TRANSX SYSTEMS, INC. and HUNG TRAN, <br><br> Defendants - Appellees, <br><br> and <br><br> JAMES C. KALLIMANI, <br><br> Defendant. | No. 25-4164 <br><br> D.C. No. 5:24-cv-00354-JGB-SHK <br> Central District of California, <br> Riverside <br><br> ORDER |

The motion (Docket Entry No. 13) to withdraw as counsel is granted. The clerk will amend the docket to reflect that Chris L. Frost and Lawrence J.H. Liu are no longer counsel of record for appellees Hung Tran and TransX Systems, Inc.

Appellee Hung Tran is proceeding without counsel.

A corporation must be represented by counsel. *See* D-Beam Ltd. Partnership v. Roller Derby Skates, Inc., 366 F.3d 972 (9th Cir. 2004). Within 28 days after the date of this order, appellee TransX Systems, Inc.'s new counsel shall file a notice of appearance with the court. If counsel does not appear for TransX Systems, Inc.,

TransX Systems, Inc. will not be heard at oral argument unless the court grants permission. *See* Fed. R. App. P. 31(c).

The answering brief is due November 5, 2025. The optional reply brief is due 21 days after the answering brief is served.

A copy of this order will be provided to appellees at 475 North Martingale Road, Suite 360, Schaumburg, Illinois 60173.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

2                                                            25-4164