**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

Case No.: 25-4164

TransX Systems, Inc., Appellant,

v.

Valor Systems, Inc., Appellee.

**MOTION TO CONTINUE ORAL ARGUMENT AND REQUEST FOR RESCHEDULING**

I respectfully request that this Court continue the oral argument currently scheduled for November 20, 2026 and assign a new oral argument date.

I am requesting this continuance because I was notified of this oral argument date last week and have insufficient time to adequately prepare for oral argument. Given the complexity of the issues involved in this appeal and the preparation necessary to effectively address the legal arguments and potential questions from the Court, I respectfully believe additional preparation time is necessary.

I want to ensure that I can meaningfully and effectively present my position before this Court and adequately respond to the Court's questions.

I am not requesting this continuance for purposes of unnecessary delay. Rather, I am seeking a reasonable opportunity to obtain an attorney and prepare so that oral argument can be presented in an organized, thorough, and meaningful manner.

I respectfully request that the Court grant this motion and reschedule oral argument to a later date convenient to the Court.

I appreciate the Court's consideration of this request.

Respectfully submitted,

TransX Systems, Inc.
Appellant, Pro Se
2035 South State Street, Chicago, IL 60616
713-456-0399
Saigon.67@outlook.com

Date: November 18, 2026

**DECLARATION**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 18, 2026, at Chicago, Illinois.

Hung Tran